FILED

10/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0451

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0451

JOSEPH H. SCHMAUS,

Plaintiff and Appellant,

v.

SUSAN DITCHEY-HELLEMS, RANDY AND
CHERYL VUKASIN, Husband and Wife,
GAYLE STUBBLEFIELD, and MARK EVEN
HOPKINS,

Defendants and Appellees.

ORDER

FILED

OCT 16 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Pursuant to Appellant Joseph H. Schmaus's motion for extension to of time to file his response to Appellees' motion to dismiss,

IT IS HEREBY ORDERED that Appellant has until October 27, 2023, to file his response to the motion to dismiss.

No further extensions will be granted.

DATED this 16 day of October, 2023.

For the Court,

_____
Chief Justice